FILED
SEP 02 2021
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| J & V ENTERPRISE,<br>　　Plaintiff, | )<br>)<br>) |
| v. | )　Civil Action No.<br>)　DR-21-CV-009-AM/VRG<br>) |
| STAR INSURANCE COMPANY,<br>　　Defendant. | )<br>) |

## ORDER OF DISMISSAL WITH PREJUDICE

On September 2, 2021, the parties filed a stipulation of dismissal that complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that the Plaintiff's claims asserted in this suit against the Defendant are **DISMISSED WITH PREJUDICE** as set forth in the stipulation of dismissal. Each party shall bear its own costs and fees. **IT IS FURTHER ORDERED** that all motions pending in the instant action be **DENIED** as moot and that a Clerk's judgment shall immediately issue.

SIGNED and ENTERED on this 2nd day of September 2021.

_____
ALIA MOSES
United States District Judge